In the Matter of Carrie Mayer, Deceased.— Motion to dismiss appeal denied,

and time of appellant to serve and file record on appeal and appellant's points extended to and including 1st day of April, 1924. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.